MAX SCHWARTZ v. SANTIAGO P. CAHILL.— Motion for reargument

denied; motion for leave to appeal to the Court of Appeals granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.